No. 39395.—Protests 240756–G, etc., of Saks & Co. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31. Tapestry bags similar to those involved in Abstract 16121 were held dutiable at 60 percent under paragraph 1211 as manufactures of silk.